**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

KEVIN J. MCKEE,                                    )
                                                   )
     Plaintiff,                                 )
                                                   )
v.                                                 )          Case No.: 5:19-cv-00161-OLG
                                                   )
ROBERTS FAMILY HOMES, LLC                          )
d/b/a/ TEXAS BUILT MOBILE HOMES,                   )
                                                   )
     Defendant.                                 )
_____ /

## AGREED MOTION FOR DISMISSAL WITH PREJUDICE

The parties move this Court for an Order dismissing this cause with prejudice to refile same as to any claims that were, or could have been, asserted in this case. In support thereof, Plaintiff and Defendant would show that they have settled the outstanding disputes between them.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendant respectfully request that the Court dismiss this cause with prejudice to all claims that were brought, or could have been brought, in this action with each side bearing its own attorneys' fees and costs.

Respectfully Submitted:

*/s/ Gabrielle E. Klepper*
Gabrielle E. Klepper
Texas Bar No.: 24090213
Spielberger Law Group
4890 W. Kennedy Blvd., Suite 950
Tampa, Florida 33609
T: (800) 965-1570 ext. 126
F: (866) 580-7499
Gabrielle.Klepper@spielbergerlawgroup.com

*Counsel for Plaintiff*

and

1

 */s/ Robert A. Rapp*
**Robert A. Rapp**
State Bar No. 16550850
**The Rapp Law Firm**
12000 Huebner Road, Suite 101
San Antonio, Texas 78230
(210) 224-4664
(210) 224-4642 – fax

*Counsel for Defendant*